**UNITED STATES of America,**
**Appellee,**

v.

**Martin Gonzalez VALDEZ, Appellant.**

No. 03–3333.

United States Court of Appeals,
Eighth Circuit.

Submitted June 16, 2004.

Decided June 21, 2004.

Bruce Wellesley Gillan, U.S. Attorney's Office, Omaha, NE, for Plaintiff–Appellee.

Martin Gonzalez Valdez, Federal Correctional Institution, Fort Dix, NJ, pro se.

Douglas K. Wolgamott, Wolgamott & Rodell, Lincoln, NE, for Defendant–Appellant.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Martin Gonzalez Valdez pleaded guilty to conspiring to distribute over 500 grams of a mixture containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. The district court[1] sentenced him to 135 months imprisonment and 5 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.